# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Teva API Inc | 12/29/2022 | | Wire | $ 576,000.00 |
| Akorn Operating Company, LLC | Teva API Inc | 1/5/2023 | | Wire | $ 341,775.00 |
| Akorn Operating Company, LLC | Teva API Inc | 2/2/2023 | 267141 | Check | $ 122,128.80 |
| Akorn Operating Company, LLC | Teva API Inc | 2/13/2023 | 267372 | Check | $ 917,250.00 |
| | | | | | $ 1,957,153.80 |